2016-1284, -1787

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

**HELSINN HEALTHCARE S.A., ROCHE PALO ALTO LLC,**

*Plaintiffs-Appellees*,

v.

**TEVA PHARMACEUTICALS USA, INC.,
TEVA PHARMACEUTICAL INDUSTRIES, LTD.,**

*Defendants-Appellants*.

Appeals from the United States District Court for the District of New Jersey in Nos. 3:11-cv-03962-MLC-DEA, 3:11-cv-05579-MLC-DEA, and 3:13-cv-05815-MLC-DEA, Judge Mary L. Cooper.

## ROCHE PALO ALTO LLC'S UNOPPOSED MOTION TO WITHDRAW

Charles M. Lizza
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, NJ  07102
(973) 286-6700

Mark E. Waddell
LOEB & LOEB LLP
345 Park Avenue
New York, NY  10154
(212) 407-4000

*Attorneys for Plaintiff-Appellee
Roche Palo Alto LLC*

May 16, 2016

# CERTIFICATE OF INTEREST

Counsel for Appellee certifies the following:

1. The full name of every party or amicus represented by me is:

   Roche Palo Alto LLC.

2. The name of the real party in interest represented by me is:

   Roche Palo Alto LLC.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

   Roche Palo Alto LLC is a wholly owned subsidiary of Roche Holdings, Inc.; Roche Holdings, Inc.'s ultimate corporate parent, Roche Holding Ltd., is a publicly held Swiss corporation traded on the Swiss Stock Exchange. More than 10% of Roche Holding Ltd.'s voting shares are held either directly or indirectly by Novartis AG, a publicly held Swiss corporation. Apart from Roche Holding Ltd. (and, indirectly, Novartis AG), there is no publicly held company with a 10% or greater ownership in Roche Palo Alto LLC.

4. The names of all law firms and the partners or associates that appeared for Roche Palo Alto LLC in proceedings before the district court or are expected to appear in this Court are:

   LOEB & LOEB LLP:  Mark E. Waddell
   SAUL EWING LLP:  Charles M. Lizza and William C. Baton

Dated:  May 16, 2016                    Respectfully submitted,

                                         /s/ Charles M. Lizza
Mark E. Waddell                          Charles M. Lizza
LOEB & LOEB LLP                          SAUL EWING LLP
345 Park Avenue                          One Riverfront Plaza, Suite 1520
New York, NY  10154                      Newark, NJ  07102
(212) 407-4000                           (973) 286-6700
                                         *Attorneys for Plaintiff-Appellee*
                                         *Roche Palo Alto LLC*

# UNOPPOSED MOTION TO WITHDRAW

Appellee Roche Palo Alto LLC respectfully requests to withdraw as a party from the above-captioned appeal. Pursuant to an agreement between Roche and Appellee Helsinn Healthcare S.A., Roche has assigned its rights to the appealed patents to Helsinn, and therefore is no longer an interested party in this litigation.

Counsel for Appellee Helsinn and Appellants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries, Ltd. consent to this motion. The parties shall bear their own costs.

Dated: May 16, 2016    Respectfully submitted,

/s/ Charles M. Lizza
Charles M. Lizza
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102
(973) 286-6700

Mark E. Waddell
LOEB & LOEB LLP
345 Park Avenue
New York, NY 10154
(212) 407-4000

*Attorneys for Plaintiff-Appellee*
*Roche Palo Alto LLC*

## CERTIFICATE OF SERVICE

I, Charles M. Lizza, hereby certify that, on May 16, 2016, the foregoing document was filed using the CM/ECF system and served electronically on the parties in this case.

Dated:  May 16, 2016                          Respectfully submitted,

<u>/s/ Charles M. Lizza</u>
Charles M. Lizza
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, NJ  07102
(973) 286-6700

Mark E. Waddell
LOEB & LOEB LLP
345 Park Avenue
New York, NY  10154
(212) 407-4000

*Attorneys for Plaintiff-Appellee*
*Roche Palo Alto LLC*